No. 82–1411. KONDRAT v. MARTINET. Ct. App. Ohio, Lake County. Certiorari denied.

No. 82–1412. MOENCH INVESTMENT CO., LTD., ET AL. v. UNION PACIFIC LAND RESOURCES CORP. ET AL. C. A. 10th Cir. Certiorari denied.

No. 82–1415. EDMUNDSON INVESTMENT CO. ET AL. v. FLORIDA TRECO, INC. Ct. App. Tex., 14th Sup. Jud. Dist. Certiorari denied.

No. 82–1418. CHAPMAN INDUSTRIES CORP. v. N.A. SALES CO., INC. C. A. 2d Cir. Certiorari denied.

No. 82–1419. HAYES v. SUPREME COURT JUSTICES OF NEVADA. C. A. 9th Cir. Certiorari denied.

No. 82–1422. ADAMS ET AL. v. GOULD, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–1425. BRAQUET ET AL. v. ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND. Ct. App. La., 4th Cir. Certiorari denied.

No. 82–1429. TROUT v. LEHMAN, SECRETARY OF THE NAVY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 82–1430. ZOSLAW ET UX., DBA MARIN MUSIC CENTRE v. MCA DISTRIBUTING CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–1435. CONTRA COSTA THEATRE, INC. v. CITY OF CONCORD ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–1440. TILLEY v. ANDERSON, REGIONAL ADMINISTRATOR OF STATE PRISON OF SOUTHERN MICHIGAN. C. A. 6th Cir. Certiorari denied.